

July 23, 2021

TO: ATTACHED SERVICE LIST

    **Re:**    Black Creek Condos, LLC – Chapter 11 Case No. 21-15192-SLM
             Black Creek Condos 57592, LLC – Chapter 11 Case No. 21-15194-SLM
             Black Creek Condos 57593, LLC – Chapter 11 Case No. 21-15193-SLM
             Camp Monte - Chapter 11 Case No. 21-15195-SLM

Dear Sir/Madam:

    This firm represents the above-referenced Chapter 11 Debtors-in-Possession. Please be advised that the 341(a) Meeting of Creditors scheduled on July 28, 2021 at 11:00 a.m. has been adjourned to **August 4, 2021 at 11:00 a.m.** and will be conducted telephonically, with call in number 1-844-875-7777; access code 441192.

    Please contact the undersigned with any questions on this matter.

    Very truly yours,

    **HOOK & FATOVICH, LLC**

    */s/    Milica A. Fatovich*
    MILICA A. FATOVICH