# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 21–15192–SLM
                          Chapter: 11
                          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Black Creek Condos LLC
   260 South Hope Chapel Road
   Jackson, NJ 08527

Social Security No.:

Employer's Tax I.D. No.:
   83–0592009

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

     A Disclosure Statement was filed by Ilissa Churgin Hook on February 21, 2022 , pursuant to Fed. R. Bankr. P. 3016.

     The Court shall conduct a hearing as to the adequacy of such statement before Honorable Stacey L. Meisel on :

Date:               April 12, 2022
Time:              11:00 AM
Location:       Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

     Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

     Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

     To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

Ilissa Churgin Hook
Hook & Fatovich, LLC
1044 Route 23 North
Suite 204
Wayne, NJ 07470
973–686–3800

Dated: February 24, 2022
JAN: LVJ

Jeanne Naughton
Clerk