# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.: 21−15192−SLM
                                        Chapter: 11
                                        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Black Creek Condos LLC
   260 South Hope Chapel Road
   Jackson, NJ 08527

Social Security No.:

Employer's Tax I.D. No.:
   83−0592009

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

     A Disclosure Statement was filed by Ilissa Churgin Hook on February 21, 2022 , pursuant to Fed. R. Bankr. P. 3016.

     The Court shall conduct a hearing as to the adequacy of such statement before Honorable Stacey L. Meisel on :

Date:                 April 12, 2022
Time:               11:00 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

     Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

     Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

     To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

Ilissa Churgin Hook
Hook & Fatovich, LLC
1044 Route 23 North
Suite 204
Wayne, NJ 07470
973−686−3800

Dated: February 24, 2022
JAN: LVJ

Jeanne Naughton
Clerk

In re:  Case No. 21-15192-SLM

Black Creek Condos LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: 195 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Black Creek Condos LLC, 260 South Hope Chapel Road, Jackson, NJ 08527-5048 |
| aty | + | Hook & Fatovich, LLC, 1044 Route 23 North, Suite 100, Wayne, NJ 07470-6685 |
| acc | + | M. Greenwald Associates LLP, M. Greenwald Associates LLP, 711 32nd Street, Union City, NJ 07087-2418 |
| r | + | Stack & Stack LLC, 90 Hudson Street, Hoboken, NJ 07030-5675 |
| 519246015 | + | Black Creek Condos 57592 LLC, 260 South Hope Chapel Road, Jackson, NJ 08527-5048 |
| 519246016 | + | Black Creek Condos 57593 LLC, 260 South Hope Chapel Road, Jackson, NJ 08527-5048 |
| 519246018 | + | Black Creek Sanctuary Condominium Assoc., PO box 370, 6-12 Maple Crescent, Vernon, NJ 07462-3231 |
| 519246017 | + | Black Creek Sanctuary Condominium Assoc., C/o Black Creek Mountain Creek Resort, Property Management, 200 Route 94, Vernon, NJ 07462-3323 |
| 519275443 | + | CONDOS AT THE CREEK LLC DBA BLACK CREEK, 260 S. Hope Chapel Road, Jackson, NJ 08527-5048 |
| 519246019 | + | Camp Monte LLC, 260 South Hope Chapel Road, Jackson, NJ 08527-5048 |
| 519246020 | + | Crown Flooring NJ LLC, 525 E. County Line Rd., Suite 9, Lakewood, NJ 08701-1405 |
| 519275444 | + | Elizabeth Town Gas, 520 Green Lane, Union, NJ 07083-7796 |
| 519275445 | | JEM (Electric), 337 Rutherford Avenue, Franklin, NJ 07416-1536 |
| 519246022 | + | Let it Shine, 214 Alturas Road, Highland Lakes, NJ 07422-1859 |
| 519246023 | + | MNR & Associates, 260 S. Hope Chapel Road, Jackson, NJ 08527-5048 |
| 519246024 | #+ | Moshe Rudich, 1427 53rd Street, Brooklyn, NY 11219-4485 |
| 519246025 | + | Pender East Credit 1 REIT, L.L.C., C/o Michael J. Barrie, Esq., Benesch, Friedlander, Coplan & Aronoff L, 411 Hackensack Ave., 3rd Floor, Hackensack, NJ 07601-6328 |
| 519299101 | + | Pender East Credit 1 REIT, L.L.C., Matt Horwitz, 11766 Wilshire Blvd., Suite 1460, Los Angeles, CA 90025-6874 |
| 519246026 | + | Radial Creations, 200 Route 17, Suite 100, Mahwah, NJ 07430-1243 |
| 519246027 | + | State of New Jersey - Department of Labo, Employer Accounts, PO Box 946, Trenton, NJ 08625-0946 |
| 519246028 | + | State of New Jersey - Sales & Use Tax, PO Box 999, Trenton, NJ 08646-0999 |
| 519246029 | + | State of New Jersey Attorney General, R.J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 519246030 | + | State of New Jersey Division of Taxation, Division of Taxation - Bankruptcy Unit, 50 Barrack Street, CN-245, Trenton, NJ 08646-0001 |
| 519275446 | + | Vernon Township, 21 Church Street, Vernon, NJ 07462-3171 |
| 519246031 | + | Vernon Township, Attn: Tax Collector, 21 Church Street, Vernon, NJ 07462-3171 |
| 519246032 | + | Vernon Township, Attn: Water and Sewer Dept., 21 Church Street, Vernon, NJ 07462-3171 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2022 20:32:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 24 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 24 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519275437 | | Brandon Pearce, 9-24 Maple Crescent, Township of Vernon, New Jersey |
| 519275438 | | Darlene Woodstead, 12-22 Pine Crescent, Township of Vernon, New Jersey |
| 519275439 | | Frank Leone, 10-22 Maple Crescent, Township of Vernon, New Jersey |
| 519275440 | | Gerry Ryan, 8-11 Pine Crescent, Township of Vernon, New Jersey |
| 519275441 | | Moshe Rudich, 2-21 Maple Crescent, Township of Vernon, New Jersey |
| 519275442 | | Stephanie Trevenen, 1-24 Pine Crescent, Township of Vernon, New Jersey |
| 519255757 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519246021 | * | Internal Revenue Service, Centralized Insolvency Operation, 2970 Market Street, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 6 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022　　　　　　　　　Signature:　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam D. Greenberg | on behalf of Creditor Ditmas Park Capital L.P. agreenberg@hgllclaw.com, btemple@hgllclaw.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Ilissa Churgin Hook | on behalf of Debtor Camp Monte LLC ihook@hookandfatovich.com fyablonsky@hookandfatovich.com |
| Ilissa Churgin Hook | on behalf of Debtor Black Creek Condos LLC ihook@hookandfatovich.com fyablonsky@hookandfatovich.com |
| Ilissa Churgin Hook | on behalf of Debtor Black Creek Condos 57593 LLC ihook@hookandfatovich.com fyablonsky@hookandfatovich.com |
| Ilissa Churgin Hook | on behalf of Debtor Black Creek Condos 57592 LLC ihook@hookandfatovich.com fyablonsky@hookandfatovich.com |
| Kevin M. Capuzzi | on behalf of Creditor Pender East Credit 1 REIT L.L.C. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com |
| Michael Jason Barrie | on behalf of Creditor Pender East Credit 1 REIT L.L.C. mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com |
| Milica A. Fatovich | on behalf of Debtor Camp Monte LLC mfatovich@hookandfatovich.com fyablonsky@hookandfatovich.com |
| Milica A. Fatovich | on behalf of Debtor Black Creek Condos 57592 LLC mfatovich@hookandfatovich.com fyablonsky@hookandfatovich.com |
| Milica A. Fatovich | on behalf of Debtor Black Creek Condos LLC mfatovich@hookandfatovich.com fyablonsky@hookandfatovich.com |

| | | |
|---|---|---|
| Milica A. Fatovich | on behalf of Debtor Black Creek Condos 57593 LLC mfatovich@hookandfatovich.com fyablonsky@hookandfatovich.com | |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov | |

TOTAL: 13